DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- ___ RTC DOCKET SHEET                    Page 3

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/02/15 | RTC-6 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving two appeals pending in two circuits as follows: one in the District of Columbia Circuit, and one in the Seventh Circuit.--appealing agency order (RP88-241), 44 FERC 61,406, dated December 16, 1988 |
| 89/02/15 | RTC-6 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating two appeals that were pending in two circuits in the Seventh Circuit. Random Selector Rose E. Washington, and Witness Patricia D. Howard Notified Federal Energy Regulatory Commission and clerks in involved circuits. |
| 89/02/17 | RTC-5 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 89/02/13 FROM U.S. Department of Labor, Occupational Safety and Health Administration w/cert. of svc. |
| 89/04/11 | RTC-7 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Interstate Commerce Commission order involving seven appeals pending in six circuits as follows: two in the District of Columbia Circuit, one in the Second Circuit, one in the Fourth Circuit, one in the Sixth Circuit, one in the Eighth Circuit and one in the Eleventh Circuit.--appealing agency order Interstate Commerce Commission Ex Parte No. 290 (Sub-No. 5), served March 22, 1989 |
| 89/04/11 | RTC-7 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating seven appeals that were pending in six circuits in the U.S. Court of Appeals for the District of Columbia Circuit. Random Selector Rose E. Washington, and Witness Patricia D. Howard Notified Interstate Commerce Commission and clerks in involved circuits. |
| 89/04/11 | RTC-8 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Interstate Commerce Commission order involving ten appeals pending in seven circuits as follows: three in the District of Columbia Circuit, one in the Second Circuit, one in the Third Circuit, one in the Fourth Circuit, one in the Sixth Circuit, two in the Eighth Circuit and one in the Eleventh Circuit.--appealing agency order Interstate Commerce Commission Ex Parte No. 290 (Sub-No. 4), served March 24, 1989 |
| 89/04/11 | RTC-8 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating ten appeals that were pending in seven circuits in the U.S. Court of Appeals for the Sixth Circuit. Random Selector Rose E. Washington, and Witness Patricia D. Howard Notified Interstate Commerce Commission and clerks in involved circuits |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- __RTC DOCKET SHEET__

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/04/12 | RTC-6 | LETTER -- RE: NON RECEIPT OF RULE 25, PROOF OF SERVICE -- Letter request proof of service be filed within ten days Sent to Dwight C. Alpern, Esq., FERC dated 4/12/89 |
| 89/04/14 | RTC-6 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 89/02/15 from Federal Energy Regulatory Commission w/cert. of svc. |
| 89/04/19 | RTC-7 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 89/04/11 from Interstate Commerce Commission w/cert. of svc. |
| 89/04/19 | RTC-8 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 89/04/11 from Interstate Commerce Commission w/cert. of svc. |
| 89/05/01 | RTC-9 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving two appeals pending in two circuits as follows: one in the District of Columbia Circuit and one in the Eighth Circuit.--appealing agency order (RP89-40), 45 FERC 61,541, dated March 27, 1989 |
| 89/05/01 | RTC-9 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating two appeals that were pending in two circuits in the Eighth Circuit. Random Selector Catherine D. Stacey, and Witness Patricia D. Howard Notified Federal Energy Regulatory Commission and clerks in involved circuits. |
| 89/05/04 | RTC-10 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving two appeals pending in two circuits as follows: one in the District of Columbia Circuit and one in the Fifth Circuit.--appealing agency order 46 FERC 61,018, dated April 3, 1989 |
| 89/05/04 | RTC-10 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating two appeals that were pending in two circuits in the District of Columbia Circuit. Random Selector Rose E. Washington, and Witness Patricia D. Howard Notified Federal Energy Regulatory Commission and clerks in involved circuits. |